FILED

02/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0317

TOWN OF KEVIN,

      Plaintiff and Appellee,

v.

NORTH CENTRAL MONTANA
REGIONAL WATER AUTHORITY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until March 15, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 13 2024